# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: ) | |
| COVERT MARINE, INC., ) | EX PARTE Case No. 92-43233 |
| ) | (Chapter 11) |
| DEBTOR(S) ) | |

## MOTION FOR ORDER DIRECTING PAYMENT
## OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
## 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

American Express (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $465.05. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

American Express
(Fed. I. D. #13-4922250)

By: *Nancy C. McMillan*

Nancy C. McMillan
American Property Locators, Inc.
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900



FILED
AUG 21 2009
ANN THOMPSON, CLK
U.S. DISTRICT COURT
WEST DISTRICT
OF MISSOURI
BC

## LIMITED POWER OF ATTORNEY

I, the undersigned, Kim Williams, Accountant, American Express Company, hereby make, constitute and appoint **AMERICAN PROPERTY LOCATORS INC, TO BE LAWFUL ATTORNEY-IN-FACT FOR** American Express Company for the **LIMITED** purpose of collecting certain unclaimed monies and for the acts described below, **ONLY.**

The powers granted to my attorney in fact are:

1. To act as a representative for American Express Company in the collection of certain monies standing in its name as undistributed, unclaimed or undelivered as have been located by **AMERICAN PROPERTY LOCATORS INC.**

2. To sign documents necessary to effect and complete the collection of said monies, and

3. To accept and distribute any checks relative to the recovery of monies on behalf of American Express Company.

3. To request and authorize on behalf of American Express Company that any unclaimed, undistributed or undelivered check(s) for monies due American Express Company be issued payable to American Express Company and mailed to AMERICAN PROPERTY LOCATORS INC, 3855 S BOULEVARD SUITE 200 EDMOND, OK 73013. *AMERICAN PROPERTY LOCATORS INC will forward the replacement check in its entirety to: American Express Company, M/C 49-02-22, Attn: ABP/Phx Receivables, PO Box 53860, Phoenix, AZ 85072*

This **LIMITED POWER OF ATTORNEY** shall expire and become void following the completion of all provisions of the agreement between the parties and shall apply to the collection of **one (1)** item not to exceed **$465.05.**

**IN WITNESS WHEREOF**, I have hereunto set my hand and seal this

____11th____ day of ____August____ 2009.
I am empowered by my company to act on their behalf.
*(Signature must be notarized)*

____Kim Williams____ (name), ____Accountant____ (title)
Kim Williams, Accountant
American Express/"AMERICAN EXPRESS"

**FEDERAL ID NUMBER: 13-4922250, 13-3133497, 11-28669526, 41-1982361**

**STATE OF** ____Arizona____

**COUNTY OF** ____Maricopa____, ss

I certify under PENALTY OF PERJURY under the laws of the State of ____AZ____ that the foregoing paragraph is true and correct.

Then personally appeared this __11__ day of ____Aug____ 2009,
____Kim Williams____ known to me who acknowledged the foregoing instrument to be his/her free act and deed and the act of American Express Company before me

Notary Public ____[signature]____
Commission Expires: ____6/22/12____

OFFICIAL SEAL
SUSAN L. HELMS
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires June 22, 2012





**Kim Williams**
Accountant - Abandoned Property

**American Express**
Financial Center West
20002 North 19 Avenue
MC 49-02-22
Phoenix, AZ 85027
Tel: 623.516.5946
Fax: 623.444.3289
E-mail: kim.m.williams@aexp.com

American Express Travel Related
Services Company, Inc.



American Express Company
Corporate Secretary's Office
200 Vesey Street, Fl. 50
World Financial Center
New York, NY 10285-5000

## AMERICAN EXPRESS COMPANY

### CORPORATE CERTIFICATION

I, <u>Stephen P. Norman</u>, the duly-elected <u>Secretary</u> of American Express Company "the Company", hereby certify that I am authorized by the Company's Board of Directors to recover funds due American Express Company and its subsidiaries; I hereby further certify that I have authorized <u>Kim M. Williams</u>, in her capacity as <u>Analyst - Abandoned Property</u>, to recover funds due American Express Company and its subsidiaries and certify that as of this date <u>July 20, 2007</u>, she is so authorized.

I hereby further certify that American Express Company's federal employer identification number is <u>13-4922250</u> and American Express Travel Related Services Company Inc.'s federal employer identification number is <u>13-3133497.</u>

[Corporate Seal]

By: Stephen P. Norman
Title: Secretary

Subscribed and sworn before me this ___20th___ day of ___July___, 2007 at 200 Vesey Street, New York, New York by the above-named person as described whose identity and office is well-known and proven to me.

Notary Public
My commission expires: 10-31-2010

[notary seal]

ANNE C. SCHEPP
Notary Public, State of New York
No. 01SC4762211
Qualified in New York County
Commission Expires Oct. 31, 2010

## CERTIFICATE OF MAILING

      I hereby certify that on **August 19, 2009** I have mailed a true and correct copy of the foregoing MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Charles E. Whittaker Courthouse
400 E. 9th Street
Kansas City, MO 64106

Leonard Komen
7700 Bonhomme Ave Suite 700
Clayton, MO 63105

                                                */s/ Nancy C. McMillan*
                                                Nancy C. McMillan